No. 1162. BLUMENTHAL *v.* UNITED STATES;
No. 1163. GOLDSMITH *v.* UNITED STATES;
No. 1164. WEISS *v.* UNITED STATES; and
No. 1165. FEIGENBAUM *v.* UNITED STATES. May 5, 1947. The petitions for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit are granted. *Hugh K. McKevitt* for petitioner in No. 1162. *Walter H. Duane* and *Arthur B. Dunne* for petitioner in No. 1163. Petitioner *pro se* in No. 1164. *Leo R. Friedman* for petitioner in No. 1165. *Acting Solicitor General Washington, William E. Remy, David London, Samuel Mermin* and *Norma G. Zarky* for the United States. Reported below: 158 F. 2d 762, 883.

No. 1176. RODGERS *v.* UNITED STATES. May 5, 1947. The petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit is granted limited to the first two questions presented by the petition for the writ. Petitioner *pro se. Acting Solicitor General Washington, Assistant Attorney General Berge, J. Stephen Doyle, Jr., James A. Doyle* and *Katherine A. Markwell* for the United States.

No. 1161. TIMES-MIRROR Co. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. See *ante,* p. 789.